IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 00-396 |
| ) | |
| v. ) | |
| ) | |
| RICK F. JOHN, ) | |
| ) | |
| Defendant. ) | |

## SATISFACTION OF JUDGMENT

**AND NOW,** with the judgment in the above-captioned case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Western District of Pennsylvania is hereby authorized and empowered to satisfy and cancel said judgment of record.

MARY BETH BUCHANAN
United States Attorney

By:   s/Michael Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Phone No. (412) 894-7349
Attorney I.D. No. 56668

Counsel for Plaintiff
United States of America

Dated:   04-30-2008